# Law Offices of Peter Katz

**Experience** [partially obscured]

116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
609.734.4380

[Floor 10007]

> **APPLICATION GRANTED**
> The change of plea hearing scheduled for 12/19/2022 is adjourned to _1-10-23 at 2:30 p.m._
> Time is excluded under the Speedy Trial Act in the interest of justice for the reasons set forth in this letter.
> SO ORDERED.
>
> _Vincent L. Briccetti_
> Vincent L. Briccetti, U.S.D.J.   12/16/2022

**BY ECF**
Hon. Vincent L. Briccetti
United State District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. John Mueser*, 22 CR 308 (VLB)

Dear Judge Briccetti:

    I am counsel to Mr. Mueser in the above referenced case. As Your Honor is aware, a change of plea in this case is currently scheduled for next Monday, December 19, 2022 at 2:30pm. I am writing with the consent of the government to request an adjournment so that the parties can finalize the plea agreement with regard to one forfeiture issue that for logistical reasons cannot be resolved before Monday's scheduled appearance. Therefore, the parties are jointly requesting that the currently-scheduled change of plea conference be cancelled and that the court instead schedule a change of plea proceeding for a date in January. Some dates that are good with the parties are January 9th in the afternoon, January 10th in the afternoon, January 18th, and January 19th.

    In the event that there is an adjournment, we respectfully request and consent that time be excluded under the Speedy Trial Act until the next conference date set by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial as it will allow time for the parties to adequately prepare for a guilty plea. I have consulted with AUSA Marcia Cohen, who consents to the adjournment request and to the exclusion of time on behalf of the government.

Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.
*Counsel to John Mueser*

12/16/22

1