UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :   ORDER OF RESTITUTION
                                    :
        - v. -                      :   22 Cr. 308 (VB)
                                    :
JOHN MUESER,                        :
                    Defendant.      :
------------------------------------X

5/30/23

      Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Marcia S. Cohen, Assistant United States Attorney, of counsel, and with the consent of JOHN MUESER, the Defendant, by and through his counsel, Mark Sherman, Esq., Christine Landis, Esq., and Peter Katz, Esq., and upon consideration of the Presentence Report, the Plea Agreement, the sentencing submissions, and the factors set forth in Title 18, United States Code, Section 3663, 3663A, and 3664, it is hereby ORDERED that

    1.    **Amount of Restitution.** JOHN MUESER, the Defendant, shall pay restitution in the total amount of **$173,578.33** to Victim-1 and the two victims identified in this proceeding as "CM" and "MC." The names, addresses, and specific amounts owed to each victim are set forth in the Restitution Schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    2.    **Timing of Payments.** While serving any term of imprisonment, the Defendant shall not be required to make restitution payments.

    3.    **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Restitution Schedule

attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: White Plains, New York
May 30, 2023

SO ORDERED:

_____
HONORABLE VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE