UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

JOHN MUESER,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S1 22 Cr. 308 (VB)

8/29/23

WHEREAS, on or about April 19, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 52), which ordered the forfeiture to the United States of all right, title and interest of JOHN MUESER (the "Defendant") in the following specific property:

a. iPad secured as FBI evidence #E5448755 for case 305G-NY-3254753;

b. iPad secured as FBI evidence #E6618281 for case 305G-NY-3254753;

c. Apple computer with S/N N53291BVNAF;

d. Samsung Laptop Computer secured as FBI evidence #E6618484 for case 305G-NY-3254753;

e. A1047 Power Mac G-5 Tower with Silver CPU model number A1355 and S/N 6F9500Q9ACG;

f. One iPad secured as FBI evidence #E6618282 for case 305G-NY-3254753;

g. Mac Mini Device, Model A2183 with S/N YM91830419X;

h. Mac Mini Device, Model A2183 with S/N YM9183JM19X;

i. G-Drive External Hard Drive, 4TB with S/N WX31D689AX0Z;

j. Black iPhone with Black "BASE" case secured as FBI evidence #E6618555 for case 305G-NY-3254753;

k. Silver Apple Mac Book Air laptop with S/N FVFY80HLJK7D;

    l. Black Apple iPhone with S/N F71SL0V6HG7W; and

    m. Black iPhone 7 Model A1778 secured as FBI evidence #E6407172 case 305G-NY-3254753;

(a. through m. collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 1, 2023, for thirty (30) consecutive days, through June 30, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 24, 2023 (D.E. 68);

2

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: ~~New York~~ White Plains, New York
August 29, 2023

SO ORDERED

HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE

3